UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**TIWONA M GAYDEN**           **CASE NO.  2:22-CV-04619**

**VERSUS**                    **JUDGE JAMES D. CAIN, JR.**

**SOUTHERN FIDELITY INSURANCE CO**    **MAGISTRATE JUDGE KAY**

## JUDGMENT

Before the court is a Report and Recommendation of the Magistrate Judge, recommending that the complaint be stricken and the matter be dismissed as a sanction under Rule 11 based on the failure of plaintiff's counsel to sign the complaint. After the Report and Recommendation was issued, plaintiff's counsel filed a "Corrective Document" containing a signed version of the complaint. Accordingly, **IT IS ORDERED** that the Report and Recommendation be **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on this 5th day of June, 2023.

_____
JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**